Sullivan, J.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,            )
                                     )
        Respondent,                  )
                                     )
    -vs-                             )   Case Nos. CR-98-320 (EGS)
                                     )             CR-99-011 (EGS)
JUAN P. MCLENDON,                    )
Reg. No. 22364-016                   )
Federal Correctional Institution     )
P.O. Box 1000                        )                          FILED
Cumberland, MD 21501-1000            )
                                     )                        OCT -6 2005
        Defendant/Movant.            )
                                     )                  NANCY MAYER WHITTINGTON, CLERK
                                                              U.S. DISTRICT COURT

PRO SE MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE
OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY

1. Name and location of court which entered the        CASE NUMBER  1:05CV02007
attack: United States District Court for the Dis      JUDGE: Emmet G. Sullivan
Building, 333 Constitution Avenue, N.W., Washingt     DECK TYPE: Habeas Corpus/2255
2. Date of judgment of conviction: January 10,        DATE STAMP: 10/11/2005

3. Length of sentence: Two Hundred Thirty-five (235) months incarceration.

4. Nature of offense involved (all counts): The Defendant was convicted on fifteen (15) counts, all sentences imposed to be served concurrently. As to counts one (1), four (4), seven (7), ten (10), and thirteen (13) -- on July 6, 1998 (count 1); July 9, 1998 (count 4); July 29, 1998 (count 7); August 24, 1998 (count 10); and September 16, 1998 (count 13) within the District of Columbia, the Defendant did unlawfully, knowingly and intentionally use a communication facility, that is a telephone, to facilitate the distribution of cocaine base, in violation of Title 21 U.S.C. § 841(a)(1) and/or § 843(b).

As to count two (2), within the District of Columbia Defendant did unlawfully, knowingly and intentionally distribute a mixture and substance containing a